# United States District Court
## Eastern District of Tennessee

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| WILLIAM EXTINE | Case Number: 3:07-PO-45 |

Defendant's Attorney

## THE DEFENDANT:

[✓] pleaded guilty to count(s): 1 & 2 (TE41 0859463/0859464)
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36CFR 4.23(a)(1) | DUI | 5/28/07 | 1 |
| 36CFR 4.14(b) | Possession of Open Container of Alcohol in a Motor Vehicle | 5/28/07 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ [] is [] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

September 12, 2007
Date of Imposition of Judgment

*/s/ J. Bruce Guyton*
Signature of Judicial Officer

H. BRUCE GUYTON, United States Magistrate Judge
Name & Title of Judicial Officer

9/12/07
Date

DEFENDANT: WILLIAM EXTINE
CASE NUMBER: 3:07-PO-45

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 hours with credit for time served as to count 1. .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m. [] p.m. on ___.
    [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on _.
    [✓] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: WILLIAM EXTINE
CASE NUMBER: 3:07-PO-45

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The assessment is ordered in accordance with 18 U.S.C. § 3013.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Totals: | $ 20.00 | $ 450.00 | $ 50.00 |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, if the United States is a victim, all other victims, if any, shall receive full restitution before the United States receives any restitution, and all restitution shall be paid to the victims before any restitution is paid to a provider of compensation, pursuant to 18 U.S.C. § 3664.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS: | $_ | $_ | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement $ _

The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ] The interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

[ ] The interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: WILLIAM EXTINE
CASE NUMBER: 3:07-PO-45

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [✓] Lump sum payment of $ 520.00 due immediately, balance due

    [ ] not later than _, or
    [ ] in accordance with     [ ]C,     [ ]D, or     [ ]E below; or

B [ ] Payment to begin immediately (may be combined with     [ ]C,     [ ]D, or     [ ]E below); or

C [ ] Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Unless otherwise directed by the court, the probation officer, or the United States attorney, all criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to **U.S. District Court, 800 Market St., Suite 130, Knoxville, TN 37902**. Payments shall be in the form of a check or a money order, made payable to U.S. District Court, with a notation of the case number.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | CVB Location Code |
| 0859463 | C Buckingham | 1608 | TE41 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5/23/07 1809 | 36 CFR 4.23(a)(1) 27-00-00 |

| Place of Offense |
|---|
| Laurel Cr. Rd. 6182 |

Offense Description: Operating a motor vehicle while under the influence of alcohol

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| Extine | William | B | (865) 934-0023 |

| Street Address |
|---|
| 213 N Churchill Ridge Rd. |

| City | State | Zip Code |
|---|---|---|
| Maryville | TN | 37801 |

| Drivers License No | D.L State | Social Security No | Date of Birth | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|---|---|
| 130938514 | TN | 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 | 5-1-33 | Wh | Blue | 6'0" | 170 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|
| WW2530 | TN | 06 | Toy | Red | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

M/A

| PAY THIS AMOUNT → | $ Forfeiture Amount |
|---|---|
| | + $25 Processing Fee |
| YOUR COURT DATE | $ Total Collateral Due |

(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  *William B Extine*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 28, 20 07 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

Within Great Smoky Mountains National Park, I noticed a Red Toyota Camry with Tennessee registration WW2530 traveling westbound on Laurel Creek Road. I observed the vehicle weaving in the roadway. The driver pulled into a

EXTINE

#0859463 - DUI
Plea: GUILTY
$350/25/10 = $385    48 hrs  cozel  by  mi sent

#0859464 - Open Container
Plea: GUILTY
$100/25/10 = $135.-

TOTAL $520.-

PAID (✓)

Exec K300602

I decl
the fa

Th
N

Prob

Exec

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | CVB Location Code |
| 0859464 | C Buchanan | 1608 | TE41 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 5/28/07 1309 | 36 CFR 4.14(b) |

Place of Offense: Laurel Cr. Rd.

Offense Description: Possession of open container of Alcohol in a Motor Vehicle
30-30-20

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Extine | William | B |

Phone ( 865 )954-0023

Street Address: 213 N. Cloverhill Ridge Rd

| City | State | Zip Code |
|---|---|---|
| Maryville | TN | 37801 |

| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyy) |
|---|---|---|---|
| 130538147 | TN | 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 | 5-1-33 |

| Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| ☒ | | wh | Blu | 6'1 | 170 |

### VEHICLE DESCRIPTION   VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| WW2530 | TN | 06 | Toy | Red |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

| | |
|---|---|
| PAY THIS AMOUNT → | $ N/A Forfeiture Amount |
| | + $25 Processing Fee |
| | $ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| N/A | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: William B Extine

0859464

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 28 20 07 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

Within Great Smoky Mountains National Park, I noticed a Red Toyota with Tennessee registration WW2530 traveling westbound on Laurel Creek Road weaving in the roadway. Upon investigation, I identified the driver as William B EXTINE. During a consent search of the vehicle, I found five open, partial consumed 16 ounce beer cans in the passenger floorboard area which was easily accessible to the driver. EXTINE admitted the beer was his. EXTINE was the sole occupant in the vehicle. EXTINE was cited with possession of open alcohol in a motor vehicle (36 CFR 4.14(b)).

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 5/28/07 C.M. Buchanan
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVR.Scan 7/5/2007 15:03:21

```
                                                                    (ckpd.sh)
                        CENTRAL VIOLATIONS BUREAU
                        CHECKS RECEIVED CONTROL REPORT
                        FORWARD THIS REPORT TO: CVB MANAGER
                                 09/10/07
                                                            PAGE:   2

  LOCATION CITATION       NAME                    AMOUNT      TYPE HRG DATE
  ------------------------------------------------------------------------
  -

                          TOTAL FORFEITURES        55.00


    TE41   0859463        EXTINE, WILLIAM B        40.00  WB   CT  09/12/07
  O

    TE41   0859464        EXTINE, WILLIAM B        40.00  WB   CT  09/12/07
  O

                          LOCATION TOTAL           80.00

                          DISTRICT TOTAL - TNEA    80.00
```

# United States District Court

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

William Bruce Extine
Defendant

O.R.

APPEARANCE BOND

CASE NUMBER: 071737

Non-surety: I, the undersigned defendant acknowledge that I and my...

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 500.00.

The conditions of this bond are that the defendant

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

IN RETURN FOR MY RELEASE ON THIS BOND, I HEREBY WAIVE (GIVE UP) MY RIGHT TO BE TAKEN BEFORE A JUDICIAL OFFICER REASONABLY PROMPTLY AND TO HAVE THAT JUDICIAL OFFICER ADVISE ME OF MY RIGHTS AND SET A BOND. I AGREE TO APPEAR IN COURT WHEN NOTIFIED TO DO SO AND I UNDERSTAND THAT AN ARREST WARRANT MAY ISSUE FOR ME IF I FAIL TO APPEAR.

THIS BOND IS SIGNED ON May 28, 2007 AT Blount County Jail.
                          date                          place

Defendant's Signature _____ Address _____

Witness _____

                                                        Phone _____
APPROVED BY JUDGE _____